ACCEPTED
01-14-00743-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 10:00:22 AM
CHRISTOPHER PRINE
CLERK

# DAVID A. FETTNER
## COURT-APPOINTED RECEIVER
6700 Sands Point Drive  Houston, Texas 77074

Tel: (713) 626-7277

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 10:00:22 AM
CHRISTOPHER A. PRINE
Clerk

May 14, 2015

Christopher A. Prine
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066                                             *Via E-File*

RE:     Cause No.: 01-14-00743-CV; *Julie Fischer v. Sam Ramsey, Nancy Ramsey, Kurt Ronacher and Melissa Ronacher*; In the 1st Court of Appeals of Texas.

Dear Mr. Prine:

Regarding the above-entitled and numbered cause and to put the Court on notice, attached please find an *Order of Dismissal* signed by Judge Paul, dismissing Debtor, Julie Fischer's, bankruptcy proceeding in the below listed cause:

Case No.: 15-31572-H3-13; *In re Julie Fischer, Debtor*; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

Upon receipt of this letter, please take the actions necessary to return the appellate case to an active status.

Should you have any questions, please feel free to contact me.  Thank you.

Sincerely,

/s/ David A. Fettner
David A. Fettner
Court-Appointed Receiver
*Appellee*

Attachment

cc:     William K. Vaughn                    *Via E-Service*
                                             *and/or Via Facsimile: (713) 568-2732*
                                             *and/or Via First Class Mail*

       Clerk of the 234ᵗʰ Judicial District Court    ***Via E-File***
       of Harris County, Texas

       Marc Ellison    ***Via E-Service***
       TOTZ ELLISON & TOTZ, P.C.    ***and/or Via Facsimile: (713) 275-0308***
       2211 Norfolk St., Suite 510    ***and/or Via First Class Mail***
       Houston, Texas 77098

       John Fischer    ***Via First Class Mail***
       13419 Balcrest Drive
       Houston, Texas 77070

DAF/cgg

N:\Matters\Active\Fischer(D)-Ramsey-Rec (1481)\Julie Fischer v. Ramsey, et al. (COA)\Corr\Clerk, fw Order of Dismissal 0513 15  200.wpd